FTB:EDP/ADG
F. #2025R00729

**FILED**
9:17 am, Jul 15, 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID MOTOVICH,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

M I S D E M E A N O R I N F O R M A T I O N

Cr. No. 1:26-cr-00212(MMH)
(T. 18, U.S.C., §§ 371, 1791(a)(2), 1791(b)(4), 1791(d)(1)(F), 2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Possessing Contraband in Prison)

1. In or about and between April 2025 and January 2026, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVID MOTOVICH, together with others, being an inmate of a prison, to wit: the Metropolitan Detention Center in Brooklyn, New York (the "MDC"), did knowingly and intentionally possess and obtain a prohibited object, to wit: one or more mobile phones.

(Title 18, United States Code, Sections 1791(a)(2), 1791(b)(4), 1791(d)(1)(F), 2 and 3551 et seq.)

COUNT TWO
(Conspiracy to Possess and Obtain Contraband in Prison)

2. In and about May 2026, within the Eastern District of New York and elsewhere, the defendant DAVID MOTOVICH, together with others, did knowingly and intentionally conspire for MOTOVICH, being an inmate of a prison, to wit: the Federal Correctional Institute, Otisville, in Orange County, New York ("FCI Otisville"), to possess or

obtain one or more prohibited objects, to wit: one or more mobile phones, contrary to Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(F).

3. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendant DAVID MOTOVICH, together with others, committed and caused the commission of, among others, the following:

OVERT ACTS

(a) On or about May 13, 2026, a relative of MOTOVICH ("Co-Conspirator-1"), an individual whose identity is known to the United States Attorney, purchased a mobile phone (the "Otisville Contraband Phone") at a telephone store in Midwood, Brooklyn.

(b) On or about May 13, 2026, Co-Conspirator-1 sent an electronic message to another relative of MOTOVICH ("Co-Conspirator-2"), an individual whose identity is known to the United States Attorney, requesting that Co-Conspirator-2 come to Midwood, Brooklyn to acquire the Otisville Contraband Phone.

(c) On or about May 17, 2026, Co-Conspirator-2 smuggled the Otisville Contraband Phone to MOTOVICH at FCI Otisville.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

By: Whitman G.S. Knapp, AUSA
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK